

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00279-CR

RONNIE CHARLES SCOTT                                                      APPELLANT

V.

THE STATE OF TEXAS                                                                STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Ronnie Charles Scott attempts to appeal from his felony driving while intoxicated conviction. The trial court's certification of Appellant's right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On June 27, 2012, we notified Appellant that this appeal could be dismissed unless he or any party desiring to continue the appeal filed a

---

[1]*See* Tex. R. App. P. 47.4.

response showing grounds for continuing the appeal. Appellant filed a pro se response that does not present grounds for continuing the appeal.

The Texas Rules of Appellate Procedure are clear that in a plea-bargain case, an appellant may appeal only those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Because the trial court's certification reflects that Appellant has no right of appeal, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 26, 2012